UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                    CASE NO.: 14-11262-BKC-PGH
                                                          Chapter 7
T3 VISTAS, LLC,

        Debtor.
_____/

### TRUSTEE'S EMERGENCY APPLICATION TO APPOINT ATTORNEY NUNC PRO TUNC TO JANUARY 23, 2014 (EXPEDITED HEARING REQUESTED)

        The Trustee in Bankruptcy, Michael R. Bakst, Trustee in Bankruptcy for T3 Vistas, LLC, respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., to represent the Trustee in this case nunc pro tunc to January 23, 2014 and states:

### REASON FOR THE EXIGENCY

        1.    It will be necessary for the Trustee to retain counsel on an emergency basis to avoid immediate and irreparable harm pursuant to Federal Rule of Bankruptcy Procedure 6003. This application is filed as an emergency because the Trustee has already been informed of the existence of federal district court litigation pending in Massachusetts between the Debtor and a potential creditor in this case. The estate holds a counter claim in this litigation that must be investigated. Additionally, there are potential issues surrounding whether to remove such litigation to Florida and/or employ special counsel to pursue such litigation. All such issues require that the Trustee employ counsel to investigate the nature and scope of the litigation, as well as determine the best course of action to be pursued on behalf of the estate. The Trustee seeks a hearing within the next ten (10) days.

### RELIEF REQUESTED

        2.    The Trustee in Bankruptcy, Michael R. Bakst, Trustee in Bankruptcy for T3 Vistas, LLC, respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., nunc pro tunc to January 23, 2014 being the date when counsel was required to provide services on behalf of the estate. As explained above, the Trustee has already been informed of the existence of federal district court litigation pending in

16764349.1

Massachusetts between the Debtor and a potential creditor in this case requiring the employment of counsel in order to avoid immediate and irreparable harm to the estate.

3. Attached to this application is the proposed attorney's affidavit demonstrating Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

4. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, creditors and other parties.

5. All anticipated services normally performed by counsel for a Chapter 7 Trustee, including the bringing of adversary proceedings and taking the Rule 2004 examination.

6 The attorney has agreed to be compensated in accordance with 11 U.S.C. §330.

7. The attorney does not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

**WHEREFORE**, the Trustee respectfully requests an Order authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330 nunc pro tunc to January 23, 2014, and finding that such relief is appropriate on an expedited basis pursuant to Federal Rule of Bankruptcy Procedure 6003.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by via the attached service list, on this the __24__ day of __January__, 2014.

MICHAEL R. BAKST, TRUSTEE

_____
MICHAEL R. BAKST
PMB 702, 222 Lakeview Avenue, Suite 160
West Palm Beach FL 33401
Telephone:    (561) 838-4539
Facsimile:    (561) 514-3439

emb

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com

16764349.1

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;lrosetto@sfl-pa.com

**all creditors and interested parties on the Court matrix**

16764349.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 14-11262-BKC-PGH
 Chapter 7

T3 VISTAS, LLC,

    Debtor.

_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA
COUNTY OF PALM BEACH

    MICHAEL R. BAKST, ESQ. being duly sworn, says:

    1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    2.    I am employed by the law firm of Greenspoon Marder, P.A., with offices located at 250 S. Australian Avenue, Suite 700, West Palm Beach, Florida 33401.

    3.    I have run a conflict check through a computerized data base maintained by this law firm where I have made every effort to input the names of any known potentially adverse party, including the debtors, as well as known insiders of the debtors whom I believe could potentially be adverse to the Trustee. The data base includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, I have reviewed the specifics of the matter to verify that any such involvement of this law firm or myself does not present any facts that would render myself or the firm to not be disinterested or create a conflict of interest. In appropriate situations I have also communicated with other attorneys at this law firm that may be more familiar with such client or matter in order to confirm that representation by myself and this law firm complies with §327.

    4.    The law firm of Greenspoon Marder, P.A. has several offices throughout the State of Florida with more than 145 lawyers practicing in various legal fields. Among the firm's clients

16764349.1

includes several banking institutions, some of which could be creditors in this estate. However, neither I nor this firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither I nor this firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

5.  The law firm of Greenspoon Marder, P.A., nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**FURTHER AFFIANT SAYETH NAUGHT.**

GREENSPOON MARDER, P.A.

_____
MICHAEL R. BAKST, ESQ.

Sworn and subscribed before me this 24Th day of Jan., 2014.

_____
Notary Public, State of Florida

DIANE LO CASCIO
Commission # EE 085289
Expires April 18, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

16764349.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 14-11262-PGH<br>Southern District of Florida<br>West Palm Beach<br>Fri Jan 24 06:57:17 EST 2014 | T3 Vistas, LLC<br>340 Royal Poinciana Way<br>#317-203<br>Palm Beach, FL 33480-4048 | Alley, Maass, Rogers & Lindsay, P.A.<br>340 Royal Poinciana Way<br>Suite 321<br>Palm Beach, FL 33480-4096 |
| BizFilings<br>8040 Excelsior Drive<br>Suite 200<br>Madison, WI 53717-1338 | Hylas Yachts, Inc.<br>2 Market Square<br>Marblehead, MA 01945-3542 | Hylas Yachts, Inc.<br>c/o Richard Jachney<br>102 Bellvue Dr<br>Swamscott, MA 01907-1519 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffrey S. Baker, Esquire<br>2 West Hill Place<br>Suite 100<br>Boston, MA 02114-3265 |
| Looney & Grossman, L.P.<br>101 Arch Street<br>9th Floor<br>Boston, MA 02110-1117 | Morgan Stanley Smith Barney<br>1000 Elm Street<br>14th Floor<br>Manchester, NH 03101-1730 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Palm Beach County Tax Collector<br>301 North Olive Ave<br>West Palm Beach, FL 33401-4791 | Patrick M. Groulx, Esquire<br>PO Box 45504<br>Somerville, MA 02145-0008 | Richard Strother<br>340 Royal Poinciana Way<br>#317-203<br>Palm Beach, FL 33480-4048 |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | The Kaplan/Bond Group<br>88 Black falcon Avenue<br>Suite 301<br>Boston, MA 02210-2483 | US Attorney Southern District of Florida<br>500 South Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401-6235 |
| United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | John E Page<br>2385 NW Executive Center Dr #300<br>Boca Raton, FL 33431-8530 | Michael R Bakst<br>PMB 702<br>222 Lakeview Ave #160<br>West Palm Beach, FL 33401-6101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21