

ORDERED in the Southern District of Florida on January 27, 2014.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gove

| | |
|---|---|
| In Re: | CASE NO.: 14-11262-BKC-PGH |
| | Chapter 7 |
| T3 VISTAS, LLC | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING EMERGENCY MOTION
### APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY
### NUNC PRO TUNC TO JANUARY 23, 2014

THIS CAUSE came on before the Court, upon the Trustee's Emergency Application for Employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., ("Application") in this case, the Court having considered the Application in Chambers, and upon the representations that Michael R. Bakst, Esq., and Greenspoon Marder, P.A., hold no interest adverse to the estate in the matters upon which they are engaged, that Michael R. Bakst, Esq., and Greenspoon Marder, P.A., are disinterested persons as required by U.S.C. §327(a) and have disclosed any connections with parties as set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the estate, it is

ORDERED AND ADJUDGED as follows:

1. The Court finds that such employment on an immediate basis is necessary and appropriate in this case, in order to avoid immediate and irreparable harm to the estate pursuant to Federal Rule of Bankruptcy Procedure 6003.

16764349.1

2. The Trustee is authorized to employ Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., as attorney for the Trustee, on a general retainer, pursuant to 11 U.S.C §§327 and 330 nunc pro tunc to January 23, 2014.

###

Submitted by:
Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue, Suite 160
West Palm Beach, FL 33401
Phone: (561) 838-4539
Facsimile: (561) 514-3439
emb

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;lrosetto@sfl-pa.com

**(Michael R. Bakst, Trustee is directed to serve copies of this order on the parties listed below and to file a certificate of service)**

**All creditors and interested parties on the Court matrix**

16764349.1