

**ORDERED in the Southern District of Florida on February 14, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                  Case No.: 14-11262-BKC-PGH

T3 Vistas, LLC,                                         Chapter 7

      Debtor.

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR FAILURE TO PROVIDE REQUIRED NOTICE

**THIS MATTER** came before the Court on the Motion for Relief from the Automatic Stay, (ECF No. 12), (the "Motion") filed by Hylas Yachts, (the "Movant"). Pursuant to Local Rule 9073-1(A), on January 31, 2014, the clerk issued a Notice of Hearing (ECF No. 15), with regard to the Motion, setting the hearing for February 19, 2014. Local Rule 9073-1(B) required the Movant to immediately serve the

Notice of Hearing and file, not later than two business days after service of the Notice of Hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Federal Rule of Bankruptcy Procedure 9006(d) requires that a Notice of Hearing be served not later than seven (7) days before the time specified for hearing. Local Rule 9072-1(B) provides that a request for relief as to which a Notice of Hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

As of the date of this Order, Movant filed no certificate of service with regard to the Notice of Hearing. As a result, it is **ORDERED** that:

1. The Motion is **DENIED** without prejudice.

2. The hearing scheduled for February 19, 2014 is **cancelled.**

3. If counsel who filed the Motion files a new motion requesting the same or substantially similar relief, counsel shall not charge for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

###

Copies Furnished To:

Geoffrey Ittleman, Esq.

AUST

Geoffrey Ittleman, Esq. is hereby directed to serve a copy of this Order on all interested parties and file a Certificate of Service thereof in accordance with Local Rules 2002-1(F), 5005-1(G)(2), and 9021-1(A).