

**ORDERED in the Southern District of Florida on February 27, 2014.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 14-11262 PGH

CHAPTER 7

IN RE:

T3 VISTAS, LLC,

    Debtor.
_____/

### ORDER GRANTING HYLAS YACHTS RENEWED MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1) AND MEMORANDUM OF LAW IN SUPPORT

**THIS CAUSE**, having come before the court on Creditor, Hylas Yachts, Inc. Renewed Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C §362(d)(1) And Memorandum of Law In Support on Tuesday, February 25, 2014 and the Court, having reviewed the motion [DE 18], having considered the response [DE 28] and the reply [DE 29], having considered the position

*In Re: T3 Vistas, LLC*
*Case no.: 14-11262 PGH*

during oral arguments from the Trustee's counsel and counsel for the debtor and the creditor, and being otherwise duly informed on the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows.

1. Creditor, Hylas Yachts, Inc. Renewed Motion For Relief From The Automatic Stay Pursuant To 11 U.S.C. §362(d)(1) is **GRANTED.**

2. The Court finds that Hylas Yachts, Inc. is entitled to the grant of full relief from the stay effective immediately. In addition, the Court hereby waives fourteen day stay of the order pursuant to Fed. R Bankr. Pro. 4001(a)(3) in order that the pending litigation in the United States District Court District of Massachusetts styled as Hylas Yachts, Inc., Plaintiff/Counter-Defendant vs. T3 Vistas, LLC and Richard Strother, Defendants, can proceed to trial on all claims as is presently scheduled to commence on March 3, 2014.

###

Submitted by:

Geoffrey Ittleman, Esquire
The Law Offices of Geoffrey D. Ittleman, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida
Telephone Number: 954 462 8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

Copy to:

Geoffrey Ittleman, Esquire
Attorney Ittleman shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.